# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYEYOUNG BYUN, derivatively on behalf of Nikola Corp. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| TREVOR MILTON, et al., | )  C.A. No. 20-1277-CFC |
| Defendants, | )<br>) |
| and | )<br>) |
| NIKOLA CORPORATION, | )<br>) |
| Nominal Defendant. | ) |

## NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL

Pursuant to Local Rule 83.7, please withdraw the appearance of Asheesh Goel, Gabor Balassa, Whitney J. Becker, Jeremy A. Fielding and Aaron J. Marks, of Kilpatrick Townsend & Stockton LLP, as counsel for defendant Steve Shindler in the above-captioned case.

| | |
|---|---|
| OF COUNSEL:<br><br>Ellen V. Holloman<br>Jaclyn A. Hall<br>Cadwalader, Wickersham & Taft LLP<br>200 Liberty Street<br>New York, NY 10281<br>(212) 504-6000<br><br>Dated:  November 5, 2020<br>6925310 / 50657 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Jonathan A. Choa<br>    Peter J. Walsh, Jr. (#2437)<br>    Jonathan A. Choa (#5319)<br>    Tracey E. Timlin (#6469)<br>    P.O. Box 951<br>    Hercules Plaza<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    pwalsh@potteranderson.com<br>    jchoa@potteranderson.com<br>    ttimlin@potteranderson.com<br><br>*Attorneys for Individual Defendants Richard J. Lynch, Robert Gendelman, Sarah W. Hallac, Victoria McInnis and Steve Shindler* |