### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE NIKOLA CORPORATION DERIVATIVE LITIGATION | ) C.A. No. 20-1277-CFC ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Tracey E. Timlin, formerly of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, DE 19801, hereby withdraws her appearance as counsel for Individual Defendants, Richard J. Lynch, Robert Gendelman, Sarah W. Hallac, Victoria McInnis and Steve Shindler ("Defendants"). All other counsel of record on behalf of Defendants remain in this case.

OF COUNSEL:

Ellen V. Holloman
Jaclyn A. Hall
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
(212) 504-6000

Dated: January 5, 2021
6989140 / 50657

POTTER ANDERSON & CORROON LLP

By: */s/ Jonathan A. Choa*
Peter J. Walsh, Jr. (#2437)
Jonathan A. Choa (#5319)
Tracey E. Timlin (#6469)
P.O. Box 951
Hercules Plaza
Wilmington, DE  19899
(302) 984-6000
pwalsh@potteranderson.com
jchoa@potteranderson.com
ttimlin@potteranderson.com

*Attorneys for Individual Defendants Richard J. Lynch, Robert Gendelman, Sarah W. Hallac, Victoria McInnis and Steve Shindler*